**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No. 1:22-cv-23420-PAS**

SUNSET HARBOUR YACHT CLUB, INC.,

    Plaintiff,

v.

CONTINENTAL CASUALTY COMPANY,

    Defendant.

                        /

## JOINT NOTICE OF SETTLEMENT

Pursuant to S.D. Fla. Local Rule 16.4 and this Court's Order [ECF No. 20], Sunset Harbour Yacht Club, Inc. ("Sunset Harbour") and Continental Casualty Company ("Continental") (collectively, the "Parties"), submit this notice that the Parties have reached an agreement to settle all claims in this case.

                                Respectfully submitted,

| | |
|---|---|
| */s/ Matthew B. Weaver* | */s/ Julie Linhart* |
| **REED SMITH LLP** | |
| **Matthew B. Weaver** | **CNA - Corporate Litigation** |
| Florida Bar No. 42858 | **Julie K. Linhart, Esq.** |
| mweaver@reedsmith.com | Florida Bar No. 0571601 |
| iromero@reedsmith.com | Julie.Linhart@Continental.com |
| **Jessica Gopiao** | donna.matesa@Continental.com |
| Florida Bar No. 1011789 | 151 N. Franklin St., 7th Floor |
| jgopiao@reedsmith.com | Chicago, IL 60606 |
| iromero@reedsmith.com | Tel: (813) 880-5168 |
| 200 S. Biscayne Blvd., 26th Floor | Fax: (312) 260-6859 |
| Miami, FL 33131 | |
| Tel: 786-747-0200 | *Counsel for Defendant Continental* |
| Fax: 786-747-0299 | *Casualty Company* |

*Counsel for Plaintiff Sunset Harbour Yacht Club, Inc.*