**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**Case No. 1:22-cv-23420-PAS**

SUNSET HARBOUR YACHT CLUB, INC.,

    Plaintiff,

v.

CONTINENTAL CASUALTY COMPANY,

    Defendant.

                               /

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Sunset Harbour Yacht Club, Inc. ("Sunset Harbour") and Defendant Continental Casualty Company ("Continental") (collectively, the "Parties"), pursuant to Federal Rule of Civil Procedure 41(a), jointly stipulate and agree that this case be and hereby is dismissed with prejudice. The Parties agree that they will each bear their own fees and costs.

Respectfully submitted,

*/s/ Matthew B. Weaver*
**REED SMITH LLP**
**Matthew B. Weaver**
Florida Bar No. 42858
mweaver@reedsmith.com
iromero@reedsmith.com
**Jessica Gopiao**
Florida Bar No. 1011789
jgopiao@reedsmith.com
iromero@reedsmith.com
200 S. Biscayne Blvd., 26th Floor
Miami, FL 33131
Tel: 786-747-0200
Fax: 786-747-0299

*Counsel for Plaintiff*

*/s/ Julie Linhart*
**CNA - Corporate Litigation**
**Julie K. Linhart, Esq.**
Florida Bar No. 0571601
Julie.Linhart@Continental.com
donna.matesa@Continental.com
151 N. Franklin St., 7th Floor
Chicago, IL 60606
Tel: (813) 880-5168
Fax: (312) 260-6859

*Counsel for Defendant*