UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-CV-23420-SEITZ

SUNSET HARBOUR YACHT CLUB, INC.,
        Plaintiff,

v.

CONTINENTAL CASUALTY COMPANY,
        Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the parties' Joint Stipulation of Dismissal With Prejudice [DE 25].  It is hereby

ORDERED THAT

(1)    This action is DISMISSED with prejudice.

(2)    All parties shall bear their own attorney's fees and costs.

(3)    All pending motions not otherwise ruled upon are DENIED as moot.

(4)    This case is CLOSED.

**DONE and ORDERED** at Miami, Florida, this 28 day of June, 2023.

PATRICIA A. SEITZ
UNITED STATES SENIOR DISTRICT JUDGE

Cc: Counsel of Record